# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JUDITH HEBERT,**
Appellant,

v.

**STEPHANE COTE,**
Appellee.

No. 4D18-3758

[July 16, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312017DR000305.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellant.

Benjamin T. Hodas and Brendon Carrington of Fisher Potter Hodas, PL, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***